UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GIANNIS ANTETOKOUNMPO,<br><br>                        *Plaintiff*,<br><br>                -v-<br><br>JEFFREY KOCH; MIKE MAULE; DANIEL PARKER; JOSHUA COBB; EDWARD BANEGAS; STACEY LANGELAN,<br><br>                        *Defendants.* | Civil Case No.: 1:22-cv-01749-ER<br>Hon. Edgardo Ramos<br><br>ECF Case<br>Electronically Filed<br><br>**PROPOSED DEFAULT JUDGMENT** |

      This action having been commenced on March 2, 2022 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the Defendant JOSHUA COBB, on March 11, 2022 by personally serving a true copy of the aforesaid documents at Defendant's registered address, to Gloria Cobb, *parent and co-resident* of Defendant, proof of service having been filed on April 1, 2022 and the Defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

      **ORDERED, ADJUDGED AND DECREED** that the Plaintiff's Application for Entry of Default Judgment is GRANTED; it is

      **IT IS FURTHER ORDERED, ADJUDGED:** That the Plaintiff has judgment against Defendant in the liquidated amount of $1,500.00 in statutory damages plus costs and disbursements of this action in the amount of $5,717.00, amounting in all to $7,217.00; it is

      **IT IS FURTHER ORDERED, ADJUDGED:** That the Defendant is enjoined immediately and permanently from selling, offering to sell, advertising or marketing products bearing the "GREEK FREAK" and "GREEK FR34K" marks and using any mark that is

1

confusingly similar to the marks at issue in connection with the manufacture, promotion, sale and/or offering for sale of any products. The Defendant shall immediately recall all of the products bearing the "GREEK FREAK" and "GREEK FR34K" marks; and it is

**IT IS FURTHER ORDERED, ADJUDGED:** That the Defendant is enjoined immediately and permanently from making unauthorized use of Plaintiff's name and likeness including, without limitation, by advertising, marketing, promoting, distributing, displaying, offering for sale and selling unlicensed products bearing Plaintiff's name and likeness.

Dated: New York, New York
          ___August 1___, 2022

                                        _____
                                        Edgardo Ramos, U.S.D.J

                                        This document was entered on the docket
                                        On____August 1, 2022_____.