UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GIANNIS ANTETOKOUNMPO,

                Plaintiff,

     v.

JEFFREY KOCH, MIKE MAULE, DANIEL PARKER, JOSHUA COBB, EDWARD BANEGAS, STACEY LANGELAN,

                Defendants.

**ORDER**

22 Civ. 1749 (ER)

Ramos, D.J.:

    Plaintiff Giannis Antetokounmpo brought this case on March 2, 2022. In March and April 2022, three of the defendants, Mike Maule, Daniel Parker, and Stacey Langelan, were voluntarily dismissed. Docs. 18, 20, 24. And on August 1, 2022, this Court entered default against one defendant, Joshua Cobb. Doc. 39.

    As the remaining defendants, Jeffery Koch and Edward Banegas, have not been served, the Clerk of Court is respectfully directed to dismiss them and to close the case.

It is SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated: August 29, 2022
New York, New York